DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE DENTAL LAW FIRM, P.A.** d/b/a **SHOCHET LAW GROUP,**
a Florida corporation,
Appellant,

v.

**THE PEOPLE'S CHOICE PUBLIC ADJUSTER, LLC,**
a Florida limited liability company,
Appellee.

No. 4D21-36

[July 14, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502019CA015626XXXXMB.

Randall Shochet of Shochet Law Group, Trenton, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, and Alan L. Raines of Wasch Raines LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***